**MANDELBAUM SALSBURG, P.C.**
**570 Lexington Avenue, 21st Floor**
**New York, NY 10022**
**Phone: (212) 776-1834**
**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZURICH CARLOTA JIMENEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND GIFTS & CAFÉ INC. (D/B/A GRAND GIFT CAFE), and SAVVAS TSIATTALOS,<br><br>Defendants. | **Docket No.:  1:21-cv-07530 (VSB)**<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)((6)** |

**PLEASE TAKE NOTICE,** Defendants Grand Gifts, Inc. (incorrectly named as Grand Gifts & Café Inc.), and Savvas Tsiattalos (**"Defendants"**), through their undersigned attorneys Mandelbaum Salsburg, PC, shall move before this Honorable Court located at 40 Foley Square, Courtroom 518, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order dismissing the Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted, or, alternatively, based on the existence of a binding arbitration agreement, and awarding such other relief as the Court may deem just and proper; and

2

**PLEASE TAKE NOTICE** that Defendants will rely upon the accompanying Brief, the Certification of Defendant Savvas Tsiattalos and the exhibits thereto, and all prior pleadings filed herein in support of this motion.

Dated:  December 2, 2021

                                        MANDELBAUM SALSBURG, PC
                                      Attorneys for Defendants

                                      By: */s/Lauren X. Topelsohn*
                                            Lauren X. Topelsohn, Esq..

2