UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ZURICH CARLOTA JIMENEZ, individually :
and on behalf of others similarly situated, :
:
                          Plaintiff,    :         21-CV-7530 (VSB)
:
            -against-          :        **ORDER**
:
GRAND GIFTS & CAFÉ INC. (D/B/A :
GRAND GIFT CAFE), and SAVVAS :
TSIATTALOS, :
:
                       Defendants.  :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On December 2, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 14.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

       ORDERED that Plaintiff shall file any amended complaint by December 23, 2021.  It is unlikely that Plaintiff will have a further opportunity to amend.

       IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by January 1, 2022.  Defendants' reply, if any, shall be served by January 15, 2022.

SO ORDERED.

Dated: December 6, 2021
New York, New York

Vernon S. Broderick
United States District Judge