UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                              :

ZURICH CARLOTA JIMENEZ,        :
individually and on behalf of others     :
similarly situated                      :

                                  :         21-cv-7530 (VSB)
                      Plaintiff,    :
                                  :           **ORDER**
          -against-         :
                                  :
GRAND GIFTS & CAFE INC., et al.      :
                                  :
                   Defendants.  :
                                  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On December 14, 2021, it was reported to the Court that Plaintiff Zurich Carlota Jimenez

Rojas died on November 26, 2021.  (Doc. 16.)  Plaintiff has not filed any document since then.

Under the previously ordered briefing schedule, (Doc. 15), Plaintiff should have filed any

amended complaint by December 23, 2021, or, if there was no amended complaint, should have

filed any opposition to Defendant's motion to dismiss, (Doc. 14), by January 1, 2022.

      Under Fed. R. Civ. P. 25(a)(1), if a party dies and the claim is not extinguished,

Plaintiff's counsel has 90 days after service of a statement noting the death to file a motion for

substitution; otherwise this case must be dismissed.

      Therefore, it is hereby ORDERED that on or before January 11, 2022, Plaintiff's counsel

shall file a letter notifying this Court whether they intend to proceed with this case.  If yes, they

shall file any motion for substitution on or before March 14, 2022.


SO ORDERED.

Dated: January 4, 2022
      New York, New York

Vernon S. Broderick
United States District Judge