UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZURICH CARLOTA JIMENEZ, individually,
and on behalf of others similarly situated,

                                                             Plaintiff,

                      - against -

GRAND GIFTS & CAFÉ INC. (D/B/A
GRAND GIFT CAFE), and SAVVAS
TSIATTALOS,

                                           Defendants.
------------------------------------------------------------X

21-CV-7530 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      In light of the letter filed by Plaintiff's counsel, (Doc. 18), it is hereby ORDERED that the case shall be dismissed pursuant to Fed. R. Civ. P. 25(a)(1).

SO ORDERED.

Dated: January 11, 2022
      New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge